UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY BEASLEY,
    Plaintiff,

v                                         USDC Docket No.: 2:08-cv-11091
                                            Hon. Patrick A. Duggan

STATE FARM FIRE AND CASUALTY
COMPANY,
    Defendant.

| ALLEN J. COUNARD (P12268) | PAUL H. JOHNSON, JR. (P26871) |
|---|---|
| COUNARD & HEILMANN, P.L.L.C. | AMY L. WILLE (P68360) |
| Attorneys for Plaintiff | CARY R. BERLIN (P64122) |
| 2320 W. Jefferson Avenue | PATRICK, JOHNSON & MOTT, P.C. |
| Trenton, MI 48183 | Attorneys for Defendant |
| (734) 692-0033 | 27777 Franklin Road, Suite 1100 |
| | Southfield, MI 48034 |
| | (248) 356-8590 |

### DISCOVERY ORDER REGARDING DEPOSITION OF MAKONDA BEASLEY

At a session of the United States District Court for the Eastern District of Michigan, City of Detroit, State of Michigan, on September 29, 2008.

PRESENT: HON. PATRICK A. DUGGAN

Upon the hearing of Defendant's Motion to Show Cause, held on September 17, 2008, and the agreed-upon schedule of the parties;

**IT IS HEREBY ORDERED** that Makonda Beasley shall appear for deposition on **Thursday, October 2, 2008, at 2:00 p.m.**, at the law offices of Patrick, Johnson & Mott, P.C., 27777 Franklin Road, Suite 1100, Southfield, Michigan 48034, pursuant to subpoena and notice.

This is not a Final Order and does not close the case.

                                     s/Patrick J. Duggan
                                     Patrick J. Duggan
                                     United States District Judge

Dated: September 29, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2008, by electronic and/or ordinary mail.

                                   s/Marilyn Orem
                                   Case Manager